DAVID SANDMAN, Respondent, *v.* HORACE SEAMAN et al., Appellants.

(Submitted June 20, 1898; decided June 24, 1898.)

Motion for reargument denied, with ten dollars costs. (See 156 N. Y. 668.)

---

ALEXANDER GILBERT et al., as Executors of WILLIAM R. CLARKSON, Deceased, Respondents, *v.* CHARLES J. WARREN et al., Appellants.

*Gilbert* v. *Warren,* 28 App. Div. 630, appeal dismissed.
(Submitted June 20, 1898; decided June 24, 1898.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, made April 22, 1898, affirming an order of Special Term granting an order for discovery.

The motion was made upon the ground that the order was not appealable under section 190, Code of Civil Procedure.

*Tyler & Durand* for motion.

*Warren, Boothby & Warren* opposed.

Appeal dismissed; with costs, and ten dollars costs of motion.